**Mrs. Dovie LITTON, Plaintiff-Appellant, v. Cyrus J. RICHARDSON et al., Defendants-Appellees.**

**No. 5779.**

Court of Appeal of Louisiana. Second Circuit.

Feb. 6, 1939:

Rehearing Denied March 8, 1939.
Writ of Certiorari Denied May 1, 1939.

Hawthorn, Stafford & Pitts, of Alexandria, for appellant.

Gist & Thornton, of Alexandria, for appellees.

HAMITER, Judge.

This is a companion case to cause styled Mrs. Dovie Litton, Individually and as 'Natural Tutrix, v. Cyrus J. Richardson et al., 188 So. 439, this day decided by us. For the reasons assigned in our opinion therein the judgment appealed from in this cause is affirmed.